Opinion filed February 8, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed February 8, 2007  

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00003-CV 

                                                    __________

 

                                  KEITH RUSSELL JUDD, Appellant

 

                                                             V.

 

                                KAREN
Y. COREY-STEELE, Appellee

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
 County, Texas

 

                                                Trial
Court Cause No. C-105,220

 



 

                                              M
E M O R A N D U M   O P I N I O N

On July
8, 1998, the trial court entered a protective order.  On January 10, 2007, Keith Russell Judd filed
in this court an amended notice of appeal challenging the 1998 order.  We dismiss for want of jurisdiction.

On
January 10, 2007, the clerk of this court wrote the parties stating that it
appeared this court did not have jurisdiction over this appeal and directing
Judd to respond showing grounds for continuing this appeal.  Judd has responded.








In his
response, Judd states that his 2007 Aamended notice of appeal relates-back
to the date@ of his original notice of appeal that he
alleges was timely mailed on July 14, 1998 (emphasis in original).  Judd asks this court to order an evidentiary
hearing concerning his 1998 notice of appeal. Judd notes in his response that
the Texas Supreme Court denied his 2005 petition for writ of mandamus directing
the trial court to process his notices of appeal.

Judd has
failed to establish that this court has jurisdiction to entertain his
complaints.  Tex. R. App. P. 25.1,
26.1.   Therefore, this appeal is
dismissed.

 

PER
CURIAM

 

February 8, 2007

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.